1  JOSEPH P. RUSSONIELLO (CASBN 44332)
2  United States Attorney

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4
   STEVEN E. SEITZ (NYSBN 4408415)
5  Special Assistant United States Attorney

6     150 South Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5080
      Facsimile: (408) 535-5081
8     steven.seitz@usdoj.gov

9  Attorneys for the United States

10

11
                       IN THE UNITED STATES DISTRICT COURT
12
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                                  SAN JOSE DIVISION
14

15

16  UNITED STATES OF AMERICA,           )   No. CR 09-01205 JF
                                        )
17              Plaintiff,              )   **STIPULATION TO CONTINUE** STATUS
                                        )   ~~SENTENCING HEARING; [PROPOSED]~~
18  v.                                  )   **ORDER**
                                        )
19  JOEL LUCATERO,                      )
                                        )
20              Defendant.              )
    _____)
21
           Defendant and the government, through their respective counsel, hereby stipulate that,
22
    subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for
23
    Tuesday, February 16, 2010 at 9:00 a.m., be continued to Thursday, March 11, 2010, at 9:00 a.m.
24
     The continuance is requested to allow additional time for defense investigation, as the defense
25
    has not yet received requested records regarding the defendant's priors.  Additionally, counsel for
26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 09-01205 JF                          1

1  both parties are involved in preparations for trial in another case set for February 23, 2010.

2        The parties further agree that time should be excluded under the Speedy Trial Act because
3  the ends of justice served by granting the requested continuance outweigh the interest of the
4  public and the defendant in a speedy trial. The failure to grant the requested continuance would
5  deny defense counsel reasonable time necessary for effective preparation, taking into account the
6  exercise of due diligence, and would result in a miscarriage of justice. The parties therefore
7  stipulate that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and
8  (B)(iv).

9
10  Dated: 2/12/10                                                _____/s/_____
                                                                         LARA S. VINNARD
11                                                                         Assistant Federal Public Defender

12  Dated:                                                                           _____
                                                                         STEVEN SEITZ
13                                                                         Assistant United States Attorney

14  //

15  //

16
17  //

18  //

19
20  //

21  //

22
23  //

24
25  //

26

1                                    [PROPOSED] ORDER

2           The parties have jointly requested a continuance of the hearing set for Tuesday, February

3    16, 2010,  allow time for the defense to complete investigation, and for continuity of counsel.

4           GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

5    presently set for Tuesday, February 16, 2010 at 9:00 a.m., be continued to Thursday, March 11,

6    2010, at 9:00 a.m.

7           Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded

8    under the Speedy Trial Act from February 16, 2010 to March 11, 2010.  The Court finds, based

9    on the aforementioned reasons, that the ends of justice served by granting the requested

10   continuance outweigh the  interest of the public and the defendant in a speedy trial.  The failure

11   to grant the requested continuance would deny defense counsel reasonable time necessary for

12   effective preparation, taking into account the exercise of due diligence, and would result in a

13   miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made

14   under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

15

16   Dated:  2/16/10                                      _____
17                                                        JEREMY FOGEL
                                                          United States District Judge

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 09-01205 JF                              3